IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRANSPAY INC., d.b.a., Transpay Processing, a California Corporation, )<br><br>Plaintiff, )<br><br>vs. )<br><br>TMNPS, INC., et al., )<br><br>Defendants. )<br>_____ ) | CIVIL NO. 05-00590 SPK/LEK |

ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING
GARNISHMENT

A Findings and Recommendation Regarding Garnishment by Judge Leslie

Kobayashi was filed and served on May 14, 2008.  No objections were filed.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant

to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the

Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 30, 2008

_____
Samuel P. King
Senior United States District Judge